## JEREMIAH CARTER v. JESSE GREEN.

Court of Common Pleas. April, 1796.

*Wilson's Red Book, 103.*

*Wilson* for plaintiff.  *Hall* for defendant.

Plaintiff produced his original entries etc.

Defendant showed an article of agreement with a penalty and sealed, which was for 100 stocks, part of plaintiff's account.

Plaintiff urged that he had not the keeping of the article, that it was fraudulent, that it stated the consideration to have been paid, which defendant confessed was not; but that, at all events the credits which were on plaintiff's books should be left for payment on the article of agreement which, if defendant is bound by it as he confesses, will be giving his credits interest.

BASSETT, C. J.  (After stating the counts etc.)  Plaintiff's evidence is his book, and here 100 stocks are charged; for which defendant has shown an article of agreement.  As far as it goes, no other action can be maintained but upon it.  As far as is covered by this article of agreement under seal, this action will not lie for it.

He then deducted the credits out of the account, and told them that was the balance which they found.